UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

    v.        CASE NO. 09cr20057

RICKY FALDON                                                         DEFENDANT

## O R D E R

Currently before the Court is the parties' Joint Motion to Dismiss (doc. 23) the two petitions to revoke Defendant's term of supervised release (docs. 19 and 21).  Defendant is currently serving a state sentence in the Arkansas Department of Corrections and has paid his fines and court costs associated with the above-styled case.  The Court, being well and sufficiently advised, finds the petitions are hereby DISMISSED and Defendant's term of supervised release is hereby terminated in the interests of justice.  *See* 18 U.S.C. § 3583(e)(1).

IT IS SO ORDERED this 24th day of June, 2011.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)